```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
10                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13  UNITED STATES OF AMERICA,      )    MAG. NO. S-05-0190-kjm
                                   )
14          Plaintiff,             )
                                   )    UNITED STATES' MOTION
15       v.                        )    TO DISMISS WITHOUT PREJUDICE
                                   )
16  TAMMY LYNN MAHAN,              )
                                   )
17          Defendant.             )
    _____)
18
19
20
21       The United States, by and through its undersigned attorney,
22  hereby moves to dismiss in the interest of justice the Complaint
23  filed against the above captioned defendant.  The Complaint was
24  issued on July 1, 2005 and filed on July 6, 2005.  An arrest warrant
25  was also issued with the Complaint.  The arrest warrant was returned
26  executed on July 5, 2005.  The defendant is now in custody for
27  service of sentence.  The reason for untimely self-surrender may be
28  under investigation.
```

Accordingly, and for the reasons set forth herein, the United States moves to dismiss the Complaint without prejudice. This motion is made to dismiss without prejudice so that the United States could seek to re-institute charges subsequent to, if any, further investigation.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED:   July 8, 2005         By:   /s/ Michelle Rodriguez
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

IT IS SO ORDERED, the Complaint in MAG. No. 05-0190-KJM is dismissed without prejudice.

DATED:  July 8, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2